# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2517

_____

United States of America,

    Appellee,

  v.

Javier Cazares-Saenz, also
known as Javier Cazzres-Saenz,

    Appellant.

\*
\*
\*
\*
\* Appeal from the United States
\* District Court for the Western
\* District of Missouri.
\*
\* [UNPUBLISHED]
\*
\*

_____

Submitted: June 16, 2008
Filed: June 24, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Javier Cazares-Saenz appeals the district court's[1] denial of his motion to suppress all physical evidence seized and statements taken from him, arguing that police officers illegally seized him and searched his motel room, and that his consents to the search of his motel room and of his vehicle were not voluntary and did not

_____

[1]The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri, adopting the report and recommendations of the Honorable John T. Maughmer, United States Magistrate Judge for the Western District of Missouri.

purge the taint of the officers' initial illegal acts. Having carefully reviewed the record and considered Cazares-Saenz's arguments, we find no basis for reversal.  <u>See</u> <u>United States v. Esquivias</u>, 416 F.3d 696, 699-700 (8th Cir. 2005) (standard of review). Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____